# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2012

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Haik, Richard T. | Western District of Louisiana | 05/15/2013 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. District Judge - Active | ☐ Nomination  Date<br>☐ Initial  ☑ Annual  ☐ Final<br>5b. ☐ Amended Report | 01/01/2012 to 12/31/2012 |

**7. Chambers or Office Address**

800 Lafayette Street
Suite 4200
Lafayette, LA 70501

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | President | Colonel J. George & S. Saloom Hannie Community Home, Inc. |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Haik, Richard T. | 05/15/2013 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Louisiana Association of Defense Counsel | 4/24/2012 - 4/29/2012 | San Jose, Costa Rica | Seminar Speaker - LADC Conference | Travel, lodging, and meals |
| 2. | Louisiana State Bar Association | 6/5/2012 - 6/8/2012 | Destin, Florida | Seminar speaker - LSBA Annual Meeting/School | Travel, lodging, and meals |
| 3. | Louisiana Association of Justice | 8/9/2012 - 8/10/2012 | New Orleans, Louisiana | Seminar speaker - LAJ Maritme Law Conference | Travel, lodging, and meals |
| 4. | Louisiana State Bar Association | 9/20/2012 - 9/21/2012 | New Orleans, Louisiana | Seminar speaker - LSBA Annual Admiralty Symposium | Travel, lodging, and meals |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Haik, Richard T. | 05/15/2013 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☐ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | Alfred Lipman | Hunting Trip | $500.00 |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | St. Landry Bank | Mortgage on      Port Barre, LA (Part VII, line 67) | M |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Haik, Richard T. | 05/15/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Iberia Bank Accounts | A | Interest | L | T | | | | | |
| 2. Midsouth Bank, NA Accounts | A | Interest | L | T | | | | | |
| 3. Brokerage Account #1 | | | | | | | | | |
| 4. -- Diamond Offshore Drilling, Inc. Common Stock | A | Dividend | J | T | | | | | |
| 5. --Iberiabank Corp Common Stock | A | Dividend | J | T | | | | | |
| 6. --Rowan Cos Inc. Common Stock (Y) | | | | | | | | | |
| 7. --Edward Jones Money Market Account | A | Dividend | K | T | | | | | |
| 8. --Lafayette Parish, LA Law Enforcement Dist Rev Ltd Bonds | A | Interest | J | T | Buy | 03/01/12 | J | | |
| 9. Brokerage Account #2 | | | | | | | | | |
| 10. --San Juan Basin Royalty Trust | A | Interest | J | T | | | | | |
| 11. --Charlton County, GA Solid Waste Revenue Bonds | A | Interest | J | T | | | | | |
| 12. --DWS Managed Municipal Bond Fund | A | Int./Div. | J | T | | | | | |
| 13. --Ohio State Solid Waste Disposal Revenue Bonds | A | Interest | J | T | | | | | |
| 14. --Port of New Orleans, LA Board of Commissioners | A | Interest | | | Redeemed | 07/06/12 | J | A | |
| 15. --Putnam Tax Exempt Income | A | Dividend | J | T | | | | | |
| 16. --St. Paul, MN Port Authority Industrial Revenue Bonds | A | Interest | | | Redeemed | 06/25/12 | J | | |
| 17. --Bibb County, GA Development Authority Bonds | C | Interest | K | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Haik, Richard T. | 05/15/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. --Cambria County, PA Revenue Bonds | A | Interest | J | T | | | | | |
| 19. --Central Arizona Irrigation & Drainiage District Bonds (Y) | | | | | | | | | |
| 20. --Connecticut Development Authority Bonds | B | Interest | K | T | | | | | |
| 21. --Langhorne Manor Boro, PA Higher Education Bonds | | None | J | T | | | | | |
| 22. --Louisiana State University Bonds | A | Interest | J | T | | | | | |
| 23. --Montgomery-Southside, AL Revenue Bonds | B | Interest | K | T | | | | | |
| 24. --New Jersey Health Care Facilities Bonds | A | Interest | J | T | Redeemed (part) | 07/02/12 | J | | |
| 25. --St. Paul, MN Port Authority Bonds | A | Interest | | | Redeemed | 06/25/12 | J | | |
| 26. --St. Paul, MN Port Auth Hsg & Red | A | Interest | | | Redeemed | 06/25/12 | J | | |
| 27. --Savannah, GA Economic Development Authority Bonds | A | Interest | J | T | | | | | |
| 28. --Sumner, IL Healthcare Facilities Revenue Bonds | A | Interest | J | T | | | | | |
| 29. --Verizon Communications Common Stock | A | Dividend | J | T | | | | | |
| 30. --Tjiwi Kimia Intl Finance Co Senior Notes | | None | J | T | | | | | |
| 31. --Tricom SA Guaranteed Note (Y) | | | | | | | | | |
| 32. --Money Market Fund Investment Shares | A | Dividend | K | T | | | | | |
| 33. --MFS Multimarket Income Trust Mutual Fund | A | Dividend | J | T | | | | | |
| 34. --San Juan Basin Royalty Trust Units | A | Royalty | J | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Haik, Richard T. | 05/15/2013 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. --At Home Corp Subordinated Notes | | None | J | T | | | | | |
| 36. --Capital Income Builder Fund A | B | Dividend | K | T | | | | | |
| 37. --Rapides Fin Auth LA Revenue Cleco | B | Interest | K | T | | | | | |
| 38. --Regions Financial Corp | A | Dividend | | | Sold | 09/14/12 | K | | |
| 39. --LA State Gas & Fuels Tax Ser A Revenue | A | Interest | J | T | | | | | |
| 40. --Home Bancorp, Inc. Stock | | None | | | Sold | 09/14/12 | J | C | |
| 41. --Ultra Pure Technologies, Inc. Stock (Y) | | | | | | | | | |
| 42. --Louisiana Public Facilities Auth Rev Bonds | A | Interest | K | T | | | | | |
| 43. --Katy Texas Inpdt School District Bonds | B | Interest | K | T | | | | | |
| 44. --Frontier Communications Corp Stock (Y) | | | | | | | | | |
| 45. --Columbia Tax Exempt Fund Class A | A | Dividend | J | T | | | | | |
| 46. --Iberia Parish LA Parishwide School Dist Rfdg Gen Obgln | A | Interest | K | T | | | | | |
| 47. --Lafayette LA Public Improvement Tax Rev | A | Interest | J | T | | | | | |
| 48. --Cutwater Select Income Fund | A | Dividend | J | T | | | | | |
| 49. --Lafayette LA Public Trust Auth Rev | A | Interest | K | T | | | | | |
| 50. --Midsouth Bancorp Inc. | A | Dividend | | | Sold | 09/24/12 | K | C | |
| 51. Individual Retirement Account #1 | D | Dividend | N | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Haik, Richard T. | 05/15/2013 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. --American Balanced Fund | | | | | | | | | |
| 53. --American Mutual Fund | | | | | | | | | |
| 54. --Capital World Growth & Income Fund | | | | | | | | | |
| 55. --Europacific Growth Fund | | | | | | | | | |
| 56. --Growth Fund of America | | | | | | | | | |
| 57. --Income Fund of America | | | | | | | | | |
| 58. --New Perspective Fund | | | | | | | | | |
| 59. --Washington Mutual Investors Fund | | | | | | | | | |
| 60. --American Funds Sh Term Bond Fund | | | | | | | | | |
| 61. Colonel J. George & S. Saloom Hannie | E | Distribution | M | W | | | | | |
| 62. BPL Visions, LLC, formerly The McGeHee Group, LLC | | None | M | W | | | | | |
| 63. Oxford Partners, LLC | | None | J | W | | | | | |
| 64. Gordon Global Investments, LLC | | None | J | W | | | | | |
| 65. 1/3 Interest in Property Located in Vermilion Parish, LA | | None | J | W | | | | | |
| 66. E-Kat, LLC | | None | J | W | Buy | 08/28/12 | K | | |
| 67. ▨▨▨▨ Port Barre, LA ($178,500) | | None | M | R | Buy | 09/21/12 | M | | R. Hensarling |
| 68. Rental Property, ▨▨▨▨ Lafayette, LA ($292,000) | | None | N | R | Buy | 07/05/12 | N | | T. Orillion, C. Orillion |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Haik, Richard T. | 05/15/2013 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature:  s/ **Richard T. Haik**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544